AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| KEVIN CURLEY | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Aug. 5, 2020 in the county of Litchfield in the District of Connecticut, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) & (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Jordan Oliveira dated October 7, 2020

☐ Continued on the attached sheet.

JORDAN P OLIVEIRA
Digitally signed by JORDAN P OLIVEIRA
Date: 2020.10.06 19:02:20 -04'00'

*Complainant's signature*

Jordan Oliveira, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 10/7/2020

/s/ William I. Garfinkel, USMJ

*Judge's signature*

City and state: Bridgeport, Connecticut

Hon. William I. Garfinkel, U.S.M.J.
*Printed name and title*