UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re Arrest Warrant          :          Case No. _____
                              :
                              :          October 8, 2020

## MOTION TO UNSEAL WITH REDACTIONS

The United States of America respectfully moves this Court to unseal the criminal complaint, affidavit, arrest warrant, and the motion and order to seal filed with the Court in the above-captioned matter, with the exception that the originally-filed affidavit remain sealed and the attached redacted affidavit be filed in its place. In support of this motion, the Government submits the following:

On October 8, 2020, the defendant was arrested pursuant to the issued arrest warrant supported by a criminal complaint which had been filed under seal on October 7, 2020. The affidavit supporting the criminal complaint, includes the file names and descriptions for several images and videos containing sexually explicit images of child and child pornography. Although the warrant has been executed and there is no longer a need to keep these materials sealed, public disclosure of the file names and associated descriptions of those images creates an opportunity for others to seek out and access those files, leading to further victimization of the minors depicted in those images and videos. These interests outweigh any countervailing interests in public access to this matter, and sealing by proposed redactions of personal identifying information is narrowly tailored to achieve those interests.

Accordingly, the Government respectfully requests permission to keep the original affidavit under seal and permit the attached, redacted affidavit to be filed unsealed in accordance with Loc. R. Crim. P. 57(b).

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/*Lauren C. Clark*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv09365
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel: (203) 696-3000